UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **Medtronic, Inc.** *et. al.* <br><br> Y_____  _____  **Plaintiffs,** <br><br> vs. <br><br> **Tracy Nyce** *et. al.* <br><br><br> **Defendants.** | Civil No. MJG-06-CV-1206 |

## ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY

Upon consideration of the Plaintiffs' motion for Expedited Discovery and there being no objection from Defendants, and pursuant to the Order entered on October 11, 2006 granting Plaintiffs' motion, it is this 17th day of October, 2006 ORDERED:

1.  Medtronic's Motion for Expedited Discovery be, and the same hereby is, GRANTED; and

2.  The parties will be permitted to pursue the following discovery on an expedited basis.

    (a) The parties may immediately serve written discovery requests to be answered within fifteen (15) days;

    (b) In the event that a party objects to any request and intends to withhold one or more non-privileged responsive documents based upon such objection, the objecting party shall notify the propounding party of this fact and the basis for the objection, in writing, within ten (10) days of receipt of the request;

(c) Privilege logs identifying privileged documents withheld shall be produced at the same time as documents are made available for inspection or copying; and

(d) The Defendants shall appear for deposition within fifteen (15) days of producing documents in response to Medtronic's requests.

SO ORDERED, this 17th day of October, 2006.

/s/
Marvin J. Garbis, Judge
United States District Court for the
District of Maryland