# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

December 22, 2006

Alain M. Baudry, Esq.
Mary R. Vasaly, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402

John E. McCann, Jr., Esq.
William M. Krulak, Jr., Esq.
F. Ford Loker, Jr., Esq.
Laura A. Cellucci, Esq.
Miles & Stockbridge
10 Light Street
Baltimore, MD 21202

George E. Brown, Esq.
Gertrude C. Bartel, Esq.
Kramon & Graham
One South Street, Suite 2600
Baltimore, MD 21202

Glen G. Reid, Jr., Esq.
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Dr., Suite 800
Memphis, TN 38120

Kurt D. Yockey, Esq.
Yockey, Yockey & Schliem
33742 W. Twelve Mile Road
Farmington, MI 48331

        Re:  Medtronic, Inc., et al. v. Tracy Nyce, et al.
             Civil No. MJG-06-1206

Dear Counsel:

        Please be advised that I will hold a telephone hearing on

the pending discovery motions on Thursday, January 4, 2007, at
2:00 p.m.

The Court will review the parties' submissions prior to the
hearing and, if possible, may resolve the matter without the need
for the hearing.  If so, the Court will, of course, notify
counsel of the cancellation of the hearing.

If all sides agree that they would rather appear in person
than participate by telephone, please contact my office by
January 2, 2007.

I look forward to talking to you on the 4th.

Sincerely yours,

/s/

Susan K. Gauvey
United States Magistrate Judge